IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FABIAN DIXON,

    Plaintiff,
v.                                         CASE NO. 5:04-cv-00175-RS-AK

DEPARTMENT OF CHILDREN
AND FAMILY SERVICES,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the Court on Defendant's motion to dismiss on the grounds that Petitioner failed to attach certain documents to his complaint which are necessary for determining matters such as exhaustion and timeliness, and that he did not properly serve Defendant. Doc. 17. In response to the motion and the Court's show cause order, Plaintiff submitted the requisite EEOC documents, and the Court ordered reservice on Defendant. Doc. 22. Service has now been completed on Defendant, and with Defendant now in possession of the documents necessary for either filing an answer or another dispositive motion, the instant motion to dismiss should be denied.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's motion

to dismiss, Doc. 17, be **DENIED** and this cause be **REMANDED** to the undersigned for further proceedings.

      **IN CHAMBERS** at Gainesville, Florida, this **1st** day of December, 2005.

      **s/ A. KORNBLUM**
      **ALLAN KORNBLUM**
      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

      **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**