UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FABIAN DIXON

    Plaintiff,

VS                                      CASE NO. 5:04CV175-RS

DEPARTMENT OF CHILDREN
AND FAMILY SERVICES,

    Defendant.

**ORDER**

I have considered Magistrate Judge Allan Kornblum's Report and Recommendation (Doc. 28) dated December 1, 2005. I have determined that the report and recommendation should be adopted.

It is ordered as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to dismiss (Doc. 17) is denied.

3. This case is remanded to Magistrate Judge Allan Kornblum for further proceedings.

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____
_____
_____

Document No.

ORDERED on December 12, 2005.

          /s/ Richard Smoak
          RICHARD SMOAK
          UNITED STATES DISTRICT JUDGE