IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


FABIAN DIXON,

    Plaintiff,
v.                                                CASE NO. 5:04-cv-00175-RS-AK

DEPARTMENT OF CHILDREN
AND FAMILY SERVICES,

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

       This matter is before the Court on Doc. 29, Defendant's Motion to Dismiss. Defendant maintains that it cannot "form a responsive Answer" or "determine what defenses will be available, or whether Plaintiff is stating a claim upon which relief can be granted." Defendant therefore asks the Court to dismiss the second amended complaint and direct Plaintiff to file a third amended complaint.

       Before the Court ordered service on Defendant, it reviewed the second amended complaint and what Defendant characterizes as the "voluminous attachments which are subject to interpretation" and was satisfied that there was sufficient information contained in the attachments to advise Defendant of the claims and the relief sought. Certainly, Plaintiff did not put those claims in the form; however, the Court believed that it would be futile to order another amendment, since this was Plaintiff's third attempt to frame a coherent complaint.

This Court does not order amendment *ad infinitum* in *pro se* cases.  It liberally construes what is before it and evaluates whether further amendment would be useful.  In this case, the Court reviewed, and has re-reviewed, the attachments, and can clearly ascertain Plaintiff's claims and the requested relief.  To facilitate Defendant's responsive pleading, the Court directs Defendant's attention to the following documents and pages on CM/ECF:

1) Plaintiff's claims are laid out in Doc. 8, Attach. 1 (8-2) at 15 of 36 & 34-36 of 36--claim of disparate treatment (disparate discipline) based on race;

2) Plaintiff's requested relief is laid out in Doc. 8, Attach. 2 (8-3) at 10 of 33–expungement of record, reinstatement, and back pay and benefits.

The right to sue letter is attached to Doc. 20 at 3.

Accordingly, it is respectfully **RECOMMENDED** that:

That the motion to dismiss, Doc. 29, be **DENIED**;

That Defendant be **ORDERED** to file a responsive pleading within twenty (20) days after the adoption of the Report and Recommendation;

That this cause be remanded to the undersigned for further proceedings.

**DONE AND ORDERED** this  *26th*   day of January, 2006.

s/ A. *KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**