IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FABIAN DIXON,

    Plaintiff,

vs.                        CASE NO. 5:04cv175-RS

DEPARTMENT OF CHILDREN AND
FAMILY SERVICES,

    Defendant.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Doc. 31). Defendant has not filed objections.

**IT IS ORDERED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss (Doc. 29) is denied.

3. Defendant shall file a responsive pleading within twenty (20) days of the date of this order.

4. This action is remanded to the magistrate judge for further proceedings.

ORDERED on March 1, 2006.

                                      /S/ Richard Smoak
                                      RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE

Case 5:04-cv-00175-RS-AK   Document 32   Filed 03/01/06   Page 2 of 2