IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FABIAN DIXON,

    Plaintiff,

v.                                                      CASE NO. 5:04-cv-00175-RS-AK

DEPARTMENT OF CHILDREN
AND FAMILY SERVICES,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

       This cause is before the Court on Defendant's motion for order to show cause or, alternatively, to dismiss. Doc. 53. On this occasion, Defendant advises that Plaintiff has "made no known attempts to contact Defendant's counsel at any time from the date of [the prior] Order to the present." *Id*. Even after counsel's paralegal sent Plaintiff a letter "reminding him of the need to meet within the time specified," Plaintiff did not contact Defendant and his mail was not been returned as undeliverable. *Id*.

       In the pertinent prior order, the Court cautioned Plaintiff that he must confer with defense counsel, "either in person or by telephone," by November 3, 2006, "regarding the matters set forth in the Court's Initial Scheduling Order, including the preparation of the Joint Report," or the Court would "not hesitate to recommend dismissal of this action without further input or explanation from [Plaintiff]." Doc. 50. The Court took this stronger avenue of caution since it

had previously issued two show cause orders to Plaintiff.  *See* Docs. 19 & 39.

Once again, Plaintiff has failed in his obligations to prosecute this action and to obey the Court's very clear directives.  The Court has given Plaintiff, a *pro se* litigant, every benefit of the doubt, but even now, when faced with another motion from Defendant, Plaintiff has not responded to the motion or otherwise contacted the Court.  Plaintiff's manner of dealing with this case–from ignoring court-imposed deadlines to failing to respond to potentially dispositive motions, such as the one at hand--shows, at the very least, a disinterestedness in pursuing this litigation.  At most, it shows contempt for the Court's authority.

Accordingly, it is **RECOMMENDED**:

That Defendant's alternative motion to dismiss, Doc. 53, be **GRANTED**;

That this cause be **DISMISSED**.

**IN CHAMBERS** at Gainesville, Florida, this **8th** day of January, 2007.

                                                           **s/ A. KORNBLUM**
                                                           **ALLAN KORNBLUM**
                                                           **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**