IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FABIAN DIXON,

       Plaintiff,

vs.                                   CASE NO. 5:04cv175/RS

DEPARTMENT OF CHILDREN AND
FAMILY SERVICES,

       Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 57). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion For Order To Show Cause Or Alternatively To Dismiss (Doc. 53) is **granted**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on February 21, 2007.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**